# EXHIBIT 1

# TO NOTICE OF REMOVAL

# RETURN / DECLARATION OF SERVICE

*Personal Service on Defendant David N. Thorpe — Keller, Texas*

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>Court Address: 1437 Bannock Street, Denver, Colorado 80202<br><br>Plaintiff: ERIC NORREGAARD, pro se<br><br>v.<br><br>Defendants: THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY and DAVID N. THORPE, individually | DATE FILED<br>July 24, 2026<br>CASE NUMBER: 2026CV499<br>▲ COURT USE ONLY ▲<br>Case Number: 26CV499<br><br>Division: ____ Courtroom: 203<br>FILED IN DENVER DISTRICT COURT<br>JUL 24 2026<br>DENVER, COLORADO COUNTER CLERK CL |

Colorado unsworn declaration under C.R.S. § 13-27-106. Notarization is NOT required for validity; an unsworn declaration under penalty of perjury is sufficient, and is valid even though executed outside Colorado (C.R.S. § 13-27-101 et seq.; C.R.C.P. Rule Change 2020(13) applies the Act to service-of-process proof). Content modeled on Colorado JDF 98 under C.R.C.P. 4(h).

**1. Process server**

Printed name: Karen H. Smith

I am eighteen years or older and not a party to this action. Authorized to serve civil process in Texas as a: Process Server

Texas certification / PSC number (JBCC): 38441

**2. Documents served (check all delivered)**

☑ Summons issued for David N. Thorpe (District Court Civil Summons, JDF 600)

☑ Complaint filed May 22, 2026 (file-stamped)

☑ Pre-Trial Order and Discovery Protocol (filed May 27, 2026)

☑ Other (identify): Delay Reduction Order

**3. Where and when served**

Person served (name): David N. Thorpe

Date (mm/dd/yyyy): 07/22/2026 Time: 9:50pm

Location (street address, city, state): 5225 Cornerwood Drive Keller, Texas 76244

**4. Manner of service (check one)**

☑ Personal delivery — I personally handed the documents to David N. Thorpe.

☐ Refusal (C.R.C.P. 4(k)) — I confirmed his identity, told him what the documents are, offered them, and on his refusal left a copy in a conspicuous place in his presence.

☐ Usual place of abode / family-member acceptance (C.R.C.P. 4(e)(1)) — I left the documents at Mr. Thorpe's usual place of abode with a family member who lives there. Complete all of the following:

- Name of person who accepted: ____________________
- That person is eighteen years or older: ☐ yes
- That person's relationship to David N. Thorpe: ____________________
- That person lives at the residence: ☐ yes
- The address is David N. Thorpe's usual place of abode: ☐ yes

☐ Other (describe exactly what was done): ____________________

**5. Identity confirmation**

How I confirmed I served David N. Thorpe (for abode service, how the family member identified themselves): Stated his name & he confirmed

**6. Description of person served (if not personally known on sight)**

Approx. age / height / weight / other features: 50-60, 5'10", 220

**7. Service fees**

Base fee $145.00 Mileage / travel $—

**DECLARATION**

*"I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct."*

Executed on (date): July 23 2026 at (city, state): Fort Worth, Texas

Signature of process server: K H. Smith

Printed name: Karen H. Smith

**OPTIONAL — notary (NOT required for validity; include only if it is your normal practice)**

State of Texas ) ss. County of Tarrant )

Subscribed and affirmed before me this 23 day of July, 2026, by Merrilyn Walz

Notary Public: Merrilyn Walz My commission expires: 11-05-2029

MERRILYN WALZ
Notary Public, State of Texas
Comm. Expires 11-05-2029
Notary ID 133223340