# EXHIBIT 2

# TO NOTICE OF REMOVAL

| JDF 98 | Affidavit of Service |
|---|---|
| **A. COURT**<br>**Type: (ex: County or District)** District Court<br>**Colorado County:** 2nd Judicial District (Denver County Court)<br>**Mailing Address:** 1437 Bannock Street, Room 256, Denver, CO 80202<br><br>**B. Parties to the Case**<br>**Plaintiffs/Petitioners:** Eric Norregaard<br>**Vs.**<br>**Defendants/Respondents:** David Thorpe, ET AL. | DATE FILED: July 24, 2026<br>CASE NUMBER: 2026CV499<br>FILED IN DENVER DISTRICT COURT<br>JUL 24 2026<br>DENVER, COLORADO<br>COUNTER CLERK CL<br><br>*This box is for court use only.* |
| **C. Filed by**<br>**Name:** Eric Norregaard<br>**Address:**<br>**Phone:** 817.262.9945<br>**Fax:**<br>**Email:** eric.norregaard@yahoo.com | **D. Case Details**<br>**Number:** 26CV499<br>**Division:**<br>**Courtroom:** 203 |

**1. My Information**

I am at least 18 years old and not a party to the action.

**2. Documents Served**

I served these documents and any attachments:

- ☒ Petition/Complaint
- ☐ Case Cover Sheet
- ☐ Blank Fee Waiver Forms
- ☐ Protection / Restraining Order / Citation
- ☒ Summons
- ☐ Blank Answer Form
- ☐ Subpoena
- ☒ Other Documents: Pretrial Order and Discovery Protocol, Delay Reduction Order, Declaration of Service

**3. Where and When Served**

I served the documents above on: *(Name)*

In County: Denver State: Colorado

On: (date – mm/dd/yyyy) 07/23/2026 At: (time) 11:25

At the following location: The Northwestern Mutual Life Insurance Co. 707 17th St #3700- Denver CO 80202

**4. How Served**

I delivered the documents: *(check one)*

**a) To the Intended Recipient**

☐ By handing them to *(print name)*
a person identified to me as the documents' intended recipient.

☐ By identifying and offering the documents to the intended recipient, but they refused service. I left the documents in a conspicuous place.

**b) At Home**

☐ By leaving them with *(print name)*
at the intended recipient's home (usual abode), who is at least 18-years old and is the intended recipient's: *(enter family relationship)*

**c) At Work**

☐ By leaving them with *(print name)* Diane Snyder, Registered Agent
at the intended recipient's work *(usual workplace)*.

*They are the intended recipient's:(check one)*
☐ Secretary ☐ Admin Assistant ☐ Bookkeeper ☐ Managing Agent
☐ Supervisor ☐ Human Resources Representative

☒ By leaving them with *(print name)* Diane Snyder, Registered Agent
who as *(enter title)* Designated Agent is authorized by appointment or law to receive service of process for the intended recipient.

**d) Other**

☐ As otherwise allowed by Colorado Rules of Civil Procedure (C.R.C.P.) Rules 4(g) or 304(c)-(e). (Explain):

**e) Personal Service Not Made**

☐ I attempted to serve the intended recipient on *(number)* _ occasions, on different dates, but have not been able to complete personal service.
Personal Service Attempt 1 *(enter date)*
Personal Service Attempt 2 *(enter different date)*

I made efforts such as:

**5. Service Fees**

I am a:
☒ Private process server. ☐ Sheriff for *(enter county)*
I charged the following fees:
Base Fee $ 0.00 Mileage $ 0.00
☐ No Fees Charged. ☐ Fees waived (Domestic Violence Protection Order).

**VERIFICATION & DECLARATION**

I declare under penalty of perjury under the law of Colorado that the foregoing statements and details contained in this Affidavit of Service are true, accurate, and correct.

Executed on the *(date)* 23 ~~day~~ of *(month)* July *(year)* 2026

[signature]

Signature of Server

Rand Bickmore
Printed Legal Name

**NOTARY PUBLIC ACKNOWLEDGMENT (Optional / As Required)**

State of Colorado
County of Boulder

Subscribed and sworn to / affirmed before me on this 23 day of July, 20 26, by Rand Bickmore.

Shellie A Posniewski

Signature of Notary Public

My Commission Expires: 04/28/2027

SHELLIE A POSNIEWSKI
Notary Public
State of Colorado
Notary ID # 20014018587
My Commission Expires 04-28-2027

[Notary Seal/Stamp Here]