# EXHIBIT 3

# TO NOTICE OF REMOVAL

## Register of Actions

| | | |
|---|---|---|
| Filed by Plaintiff/Petitioner | **Case Number:** 2026CV000499 | **Division:** 203 |
| Filed by Defendant/Respondent | **Case Type:** Breach of Contract | **Judicial Officer:** Adam J Espinosa |
| Filed by Court | **Case Caption:** Norregaard, Eric v. Thorpe, David et al | **Court Location:** Denver County - District |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 07/29/2026 8:27 AM | R Michael Mullins | Denver County - District | N/A | Order | Order:Certification of Compliance with Pre-Trial Order and Discovery Protocol Service Requirement (Both Defendants) | Public |
| N/A (Details) | 07/28/2026 3:59 PM | N/A | N/A | Eric Norregaard | Certificate | Certification of Compliance with Pre-Trial Order and Discovery Protocol Service Requirement (Both Defendants) | Public |
| N/A (Details) | 07/27/2026 10:23 AM | Adam J Espinosa | Denver County - District | N/A | Order | AMENDED SHOW CAUSE ORDER | Public |
| N/A (Details) | 07/27/2026 10:12 AM | Adam J Espinosa | Denver County - District | N/A | Order | SHOW CAUSE ORDER | Public |
| N/A (Details) | 07/24/2026 12:00 AM | N/A | N/A | Eric Norregaard | Return of Service | Return/Declaration of Service - Defendant David Thorpe | Public |
| N/A (Details) | 07/24/2026 12:00 AM | N/A | N/A | Eric Norregaard | Return of Service | Affidavit of Service - Diane Snyder on behalf of Defendant Northwestern Mutual Life Insurance Company | Public |
| N/A (Details) | 07/24/2026 12:00 AM | N/A | N/A | Eric Norregaard | Letter | Letter re: Returns of Service | Public |
| N/A (Details) | 05/27/2026 10:43 AM | Adam J Espinosa | Denver County - District | N/A | Order | Delay Reduction Order | Public |
| N/A (Details) | 05/27/2026 10:42 AM | Adam J Espinosa | Denver County - District | N/A | Order | Pre-Trial Order and Discovery Protocol | Public |
| N/A (Details) | 05/22/2026 12:00 AM | Nikolaus Von Zender | Denver County - District | N/A | Summons | DISTRICT COURT CIVIL SUMMONS ISSUED - DAVID THORPE | Public |
| N/A (Details) | 05/22/2026 12:00 AM | Nikolaus Von Zender | Denver County - District | N/A | Summons | DISTRICT COURT CIVIL SUMMONS ISSUED - NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY | Public |
| N/A (Details) | 05/22/2026 12:00 AM | N/A | N/A | Eric Norregaard | Civil Case Cover Sheet | District Court Civil Case Cover Sheet | Public |
| N/A (Details) | 05/22/2026 12:00 AM | N/A | N/A | Eric Norregaard | Complaint w/Jury Demand | Complaint and Jury Demand | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney/Paraprofessional Name |
|---|---|---|---|
| David Thorpe | Defendant | Active | N/A |
| Eric Norregaard | Plaintiff | Active | N/A |

| Party Name | Party Type | Party Status | Attorney/Paraprofessional Name |
|---|---|---|---|
| Northwestern Mutual Life Ins Co | Defendant | Active | N/A |