IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03698-RTG

ERIC NORREGAARD,

Applicant,

v.

THE NORTHWEST MUTUAL LIFE INSURANCE COMPANY,
DAVID THORPE,

Respondents.

---

**ORDER DRAWING CASE**

---

After review under D.C.COLO.LCivR 8.1, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that that this case shall be DRAWN to a presiding judge and, if applicable, to a magistrate judge.

DATED August 17, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge